## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-099-FDW-DCK

| | |
|---|---|
| B-21 WINES, INC., JUSTIN HAMMER, BOB KUNKLE, MIKE RASH, and LILA RASH, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** <br>) |
| A.D. GUY, JR, Chair, North Carolina Alcoholic Beverage Control Commission, JOSHUA STEIN, Attorney General of North Carolina, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by William C. Trosch, concerning James E. Porter II on March 2, 2020. James E. Porter II seeks to appear as counsel *pro hac vice* for Plaintiffs, B-21 Wines, Inc., Justin Hammer, Bob Kunkle, Mike Rash, and Lila Rash. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. James E. Porter II is hereby admitted *pro hac vice* to represent Plaintiffs, B-21 Wines, Inc., Justin Hammer, Bob Kunkle, Mike Rash, and Lila Rash.

Signed: March 3, 2020

David C. Keesler
United States Magistrate Judge