**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-099-FDW-DCK**

| | |
|---|---|
| **B-21 WINES, INC., JUSTIN HAMMER, BOB KUNKLE, MIKE RASH, and LILA RASH,** )<br>)<br>) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **A.D. GUY, JR, Chair, North Carolina Alcoholic Beverage Control Commission, JOSHUA STEIN, Attorney General of North Carolina,** )<br>)<br>)<br>) | |
| ) | |
| **Defendants**. ) | |

     **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by William C. Trosch, concerning James A. Tanford on March 3, 2020. James A. Tanford seeks to appear as counsel *pro hac vice* for Plaintiffs, B-21 Wines, Inc., Justin Hammer, Bob Kunkle, Mike Rash, and Lila Rash. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

     **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. James A. Tanford is hereby admitted *pro hac vice* to represent Plaintiffs, B-21 Wines, Inc., Justin Hammer, Bob Kunkle, Mike Rash, and Lila Rash.

                                     Signed: March 4, 2020

                                David C. Keesler
                                United States Magistrate Judge