UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| B-21 WINES, INC., <br> JUSTIN HAMMER, <br> BOB KUNKLE, <br> MIKE RASH, <br> and LILA RASH, <br><br> *Plaintiffs,* <br><br> vs. <br><br> A.D. GUY, Jr., Chair, North Carolina Alcoholic Beverage Control Commission <br><br> *Defendant.* | Case No. 3:20-cv-99-FDW-DCK |

## JOINT STIPULATION TO EXTEND EXPERT REPORT DEADLINES

The Parties, by their respective counsel, hereby file this joint stipulation to extend the deadline for expert reports, stating as follows:

1. Pursuant to this Court's Case Management Order (Filing No. 24), the deadline for Plaintiffs' disclosure of expert reports is February 3, 2021 and the deadline for the Defendant's disclosure of expert reports is March 3, 2021.

2. The Parties have agreed to extend their deadlines for expert reports. The Plaintiffs shall disclose expert reports on or before March 5, 2021, and the Defendants shall disclose expert reports on or before March 31, 2021.

3. This Joint Stipulation does not affect any other deadlines set forth in the Case Management Order.

WHEREFORE, the Parties respectfully request that this Court extend the deadlines for disclosing expert reports to March 5, 2021 and March 31, 2021 respectively, and for all other relief just and proper.

Respectfully submitted,

/s/ James E. Porter
James Porter #28011-49
Robert D. Epstein #6726-49
James A. Tanford #16982-53
Epstein Cohen Seif & Porter, LLP
50 S. Meridian Street, Suite 505
Indianapolis, IN 46204
Phone: (317) 639-1326
Fax: (317) 638-9891
rdepstein@aol.com
james@jeporterlaw.com
tanfordlegal@gmail.com

/s/ William Trosch (NC Attorney No. 20163)
William Trosch
Conrad Trosch & Kemmy, P.A.
301 S. McDowell Street, Suite 1001
Charlotte, NC 28204
Tel: 704-553-8221
Fax: 704-553-7689
troschbill@ctklawyers.com

*Attorneys for Plaintiffs*

/s/ Jeffrey B. Welty
Jeffrey B. Welty # 27348
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Phone: (919) 716-6519
Fax: (919) 716-6760
jwelty@ncdoj.gov
*Attorney for Defendant*