UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| B-21 WINES, INC.,<br>JUSTIN HAMMER,<br>BOB KUNKLE,<br>MIKE RASH,<br>and LILA RASH,<br><br>*Plaintiffs,*<br><br>vs.<br><br>A.D. GUY, Jr., Chair, North Carolina<br>Alcoholic Beverage Control Commission<br><br>*Defendant.* | Case No. 3:20-cv-99-FDW-DCK |

## ORDER ON JOINT STIPULATION TO <u>EXPERT REPORT DEADLINES</u>

The Parties, by their respective counsel, jointly filed a stipulation to extend the deadlines for disclosing expert reports.

The Court being duly advised now grants the joint stipulation.

IT IS THEREFORE ORDERED THAT Plaintiffs shall disclose expert reports on or before March 5, 2021 and Defendant shall disclose expert reports on or before March 31, 2021.

DATE: _____

Judge, United States District Court

Copies to counsel of record electronically registered.