# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| B-21 Wines, Inc., et al, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00099-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Joshua Stein | ) | |
| A.D. Guy Jr., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 9, 2021 Order.

July 9, 2021

_____
Frank G. Johns, Clerk
United States District Court